# Exhibit A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation

MDL No. 3060

## EXHIBIT A

Dennis S. Ellis and Donna M. Welch will serve as the spokespersons and will present oral argument for the following Defendants[1]:

- L'Oréal USA, Inc.
- L'Oréal USA Products, Inc.
- SoftSheen-Carson (W.I.), Inc.
- SoftSheen-Carson LLC
- Namasté Laboratories, LLC
- Dabur International Limited
- Strength of Nature, LLC
- Strength of Nature Global, LLC
- Godrej SON Holdings, Inc.
- House of Cheatham, LLC

---

[1] Defendants expressly reserve all rights and defenses, including but not limited to defenses related to personal jurisdiction and insufficient service of process.