Page 1

1                    UNITED STATES JUDICIAL PANEL ON

                          MULTIDISTRICT LITIGATION

2                MDL NO.:  3060

3       IN RE:

4

5       HAIR RELAXER MARKETING, SALES PRACTICES, AND

        PRODUCTS LIABILITY LITIGATION,

6

7

8       _____/

9                    Wilkie D. Ferguson, Jr. U.S. Courthouse

                     400 North Miami Avenue

10                   Miami, Florida

                     January 26, 2023

11                   10:07 a.m. to 10:44 a.m.

12

13                    HEARING OF PROCEEDINGS

14       Taken before The United States Judicial Panel and

15       Marla Schreiber, Shorthand Reporter and Notary

16       Public in and for the State of Florida at Large

17       filed in the above-styled cause.

18

19

20

21

22

23

24

25     Job No. CS5639349

MDL No. 3060                                      January 26, 2023

                                                            Page 2

1                        APPEARANCES
2         KAREN K. CALDWELL, Chair
          United States District Court Eastern District of
3         Kentucky
4         MEMBERS OF PANEL:
5         NATHANIEL M. GORTON,
          United States District Court, District of
6         Massachusetts
7
8         DAVID C. NORTON,
          United States District Court, District of South
9         Carolina
10
11        DALE A. KIMBALL,
          United States District Court, District of Utah
12
13        MATTHEW F. KENNELLY,
          United States District Court, Northern District of
14        Illinois
15
16        ROGER T. BENITEZ,
          United States District Court, Southern District of
17        California
18
19        MADELINE COX ARLEO,
          United States District Court, District of New Jersey
20
21        ON BEHALF OF THE PLAINTIFFS:
22        DIANDRA S. DEBROSSE ZIMMERMAN, ESQ.
23        RENE F. ROCHA, III, ESQ.
24        JENNIFER M. HOEKSTRA, ESQ.
25

Page 3

1                    CONTINUED  APPEARANCES

2        ON BEHALF OF THE PLAINTIFFS:

3        MICHAEL A. LONDON, ESQ.

4        KELLY M. DERMODY, ESQ.

5        GABRIELLE SULPIZIO, ESQ.

6        ON BEHALF OF THE DEFENDANTS:

7        DENNIS S. ELLIS, ESQ.

8        DONNA M. WELCH, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                            Page 4

  1              JUDGE CALDWELL:  MDL Number 3060.  Hair

  2         Relaxer Marketing, Sales Practices and Products.

  3              We will now hear from, is it Ms. Diandra

  4         Debrosse Zimmerman?

  5              MS. ZIMMERMAN:  Ms. Debrosse Zimmerman,

  6         Your Honor.  As we just said, Ms. Debrosse

  7         Zimmerman for the movement.  Ms. Mitchell, it is

  8         really important to discuss that first case.  We

  9         filed that first case in the Northern District

 10         of Illinois and that was on October 21st.

 11              In 93 days we have had 53 cases filed by 37

 12         firms in 15 different jurisdictions and 24

 13         different courts.  And obviously I begin there

 14         and notify The Court of the status of the

 15         litigation, but to also speak to some of the

 16         valid concerns that I don't think are truly

 17         concerns at this point.

 18              We are talking about a case that is rapidly

 19         growing from other larger litigations that we

 20         have had.  In the initial first minute I also

 21         want to address some of the comments that were

 22         made by defense counsel in their briefings about

 23         Judge Roland, and while Judge Roland has been an

 24         Article 3 judge since 2019, she also served as a

 25         magistrate as we are aware for seven years where
```

Page 5

1          she presided over the Grated Parmesan Cheese

2          Marketing and Sales litigation.

3              I think the Northern District of Illinois

4          has distinguished itself as a jurisdiction that

5          can manage complex MDLs looking at Judge

6          Kennelly who has the In Re: Testosterone as we

7          understand is at the tail end and also has the

8          Abbott Recall Matter and we feel confident, not

9          just in the necessity of 1407 consolidation and

10         transfer as reflected by the number of cases in

11         a different jurisdiction, but the Northern

12         District of Illinois for its location, two

13         defendants are in Illinois due to the experience

14         of the judges in this jurisdiction.

15             The fact that the first case was filed in

16         the Northern District of Illinois, that transfer

17         is proper to the Northern District of Illinois.

18             Since my yellow light has yet to come on, I

19         will also address the similarities in law and

20         fact that will cross all of these cases that

21         have been filed.  The panel has rendered before

22         that the issues of law and fact do not need to

23         be identical.

24             Core in this case are a group of chemicals

25         that cause cancer.  There are two significant

Page 6

1           studies that will be at the core in addition to

2           others on the general causation fight on behalf

3           of the women who have suffered from the failure

4           of the defendants to expose the risk of using

5           hair relaxers over years.

6                Uniformity of facts, and we will be facing

7           the exact same legal questions.  To us, there is

8           a settlement case under 1407 and it's hard to

9           coordinate that many plaintiff firms, so I would

10          say 1404 has been --

11               JUDGE CALDWELL:  Out of time.

12               MS. ZIMMERMAN:  Thank you, Your Honor.

13               JUDGE GORTON:  Do your clients have a

14          second choice if we decide not to centralize the

15          Northern District of Illinois?

16               MS. ZIMMERMAN:  Our second choice would be

17          the Eastern District of -- excuse me.  The

18          Western District of Missouri before Judge Bough.

19               JUDGE KIMBALL:  Is there a problem because

20          of multiple products produced and marketed over

21          a long time frame?  Would that create a lot of

22          individualized issues and argue against

23          centralization?

24               MS. ZIMMERMAN:  Your Honor, I think I would

25          be disingenuous to say if it is not a challenge,

MDL No. 3060                              January 26, 2023

                                              Page 7

1           but it has not been prohibited.  We have seen it

2           in opiates.  We have seen it with PPIs in a

3           number of litigations where we have defendants

4           who have similar or identical products, but

5           their marketing may be different.

6                This is partially a marketing case, but

7           that has been managed in many other MDL actions.

8                It is important to note that all of these

9           defendants manufacture hair relaxers, and that

10          is at the core of the studies that will become

11          key.  That core is to our claims and to the

12          extent that they handle marketing differently,

13          that's not different from many of the other

14          MDLs, which Your Honors have adjudicated and

15          that are pending currently.

16               JUDGE KENNELLY:  Just kind of picking up on

17          the multiple manufacturers thing.  That has been

18          done with the Testosterone was one of them.

19               But do you have any sense from your

20          dealings with clients, potential clients on the

21          extent to which people who use these products

22          might switch back and forth and use different

23          brands at different times?

24               MS. ZIMMERMAN:  Yes, Your Honor.

25               JUDGE KENNELLY:  Maybe a plaintiff who has

MDL No. 3060                                          January 26, 2023

                                                              Page 8

1              used more than one brand.

2                   MS. ZIMMERMAN:  Absolutely.

3                   JUDGE KENNELLY:  That is a specific MDL and

4              then they have multiple cases somehow.

5                   MS. ZIMMERMAN:  Well, yes, Your Honor.

6              There is a question about the extent of, you

7              know, brand loyalty versus someone who drinks

8              Coke versus Pepsi.

9                   This is very much a cultural phenomenon

10             where children learned how to relax their hair

11             young to keep it straight and so as the products

12             develop, it started with Just For Me, which is a

13             kit for children.  Quite interesting.  And then

14             it would evolve into more adult products, like

15             Dark & Lovely.

16                  So to answer your question, Your Honor,

17             yes.  A significant number of the plaintiffs in

18             our firm do represent thousands that have used

19             different products over time.

20                  JUDGE KENNELLY:  Okay.  So then the last

21             thing you said I want to pick up on.  So do you

22             have any kind of a feel for how big this is

23             going to get?

24                  MS. ZIMMERMAN:  Yes, Your Honor.

25                  JUDGE KENNELLY:  Is thousands reasonable to

Page 9

1              expect in terms of number of plaintiffs?

2                   MS. ZIMMERMAN:  We believe so, Your Honor.

3              That is a significant issue that has affected

4              women across the country.  We anticipate many

5              have come forward and where a bit of MDL numbers

6              in our office, and we looked back at just a time

7              frame in which cases were filed after the filing

8              of a MDL petition up until the day of argument

9              and this is stunning, I think, had different

10             cases I think I said in our petition I imagine

11             by the time it came to oral argument, it will be

12             60 and we are pretty close, and that's 97 days

13             and spanning the holidays.  And this issue means

14             a lot to these women.  They want an answer and

15             that's why we think for all of those reasons,

16             it's --

17                   JUDGE KENNELLY:  It is kind of a two part

18             pendulum on the others, the injury cases and

19             there is actually what I will call the consumer

20             cases, right?

21                   MS. ZIMMERMAN:  Yes, Your Honor.

22                   JUDGE KENNELLY:  When you are talking about

23             thousands, are you talking about the injury part

24             of it?  I mean, obviously there is the consumer

25             fraud part of it will be --

```
 1              MS. ZIMMERMAN:  Yes, we do have class

 2         claims filed on the consumer side.  But yes, I

 3         imagine in the hundreds and into the thousands

 4         potentially, yes, Your Honor.

 5              JUDGE COX ARLEO:  Even on the consumer

 6         claims, I am trying to get a sense of the

 7         breadth of this MDL or will it be who don't have

 8         injury or fear of injury, like in some other

 9         carcinogen products?

10              MS. ZIMMERMAN:  Well, we actually have

11         counsel arguing today who has filed one of those

12         consumer claims, and I am going to let her

13         address that because our cases have primarily

14         been personal injury claims, and will be on

15         behalf of the Chapter 11 and -- we filed the

16         first case, so I would like to make up an answer

17         but I will not do that.  I will let Jennifer

18         Hoekstra answer that question.

19              JUDGE CALDWELL:  In your papers you

20         identify the nature of the injuries as

21         reproductive injuries generally.  How many types

22         of cancers are we talking about?

23              MS. ZIMMERMAN:  We are talking about

24         primarily two cancers, the uterine cancer study

25         that came out which was changed which helped in
```

MDL No. 3060                                January 26, 2023

Page 11

1          legalese set the situation on fire is one.  And

2          ovarian cancer is the second.  Those are the

3          primary cancers.

4               JUDGE CALDWELL:  Any other questions?

5          Thank you very much.

6               MS. ZIMMERMAN:  Thank you, Your Honors.

7               JUDGE CALDWELL:  Ms. Hoekstra.

8               MS. HOEKSTRA:  Thank you, Your Honor.

9          Jennifer Hoekstra and we have several other

10         individuals who filed in support of

11         consolidation in the Western District of

12         Missouri.

13              As many of you are aware, there are a

14         variety of issues that involve this litigation

15         as well as several defendants.

16              We are suggesting the Western District of

17         Missouri would be a convenient location

18         centrally located and not in the backyard of any

19         specific defendants.  We anticipate this is a

20         nationwide litigation given the volume of cases

21         that have been filed.  It does involve both

22         consumer and personal injury claims while

23         personal injury claims will likely amount to

24         thousands.  The consumer cases are addressed for

25         class actions for the most part with a similar

Page 12

1           number of individuals who have consumer

2           physically economic loss claims.

3                We are unclear at this point on the volume

4           of medical monitoring claims that may come up

5           through litigation.  But we do believe

6           consolidation.

7                We are suggesting the Western District of

8           Missouri in part because while it is centrally

9           located, it's convenient as some of the other

10          locations, such as Southern District of Northern

11          District of Illinois.  It doesn't have the

12          congestion issue, and we believe that this

13          important litigation should be in a location

14          where it can be focused on and quickly moved

15          through to resolution for these women who are

16          suffering from such life threatening illness.

17               I realize my time has not run yet but there

18          were several questions that were raised earlier

19          that I'm happy to address.

20               JUDGE CALDWELL:  You don't have to use all

21          the time.  Any questions?  Thank you very much.

22               Mr. London.

23               MR. LONDON:  Good morning, Your Honors.

24          Michael London, I represent plaintiff Jackie

25          Brownly (phonetic) and six other women.

Page 13

```
 1              First, I am going to address that
 2         centralization given the position taken by our
 3         adversary is warranted in this case.  If there
 4         is a mass tort case that screams for
 5         centralization in MDL is this one.  Just the
 6         shear size that my colleague talked about, this
 7         is one of those cases that is growing
 8         exponentially and we need a solution from the --
 9         instant coordination just won't work, we already
10         got over 20 law firms from plaintiff firms
11         involved, motions to dismiss are coming.  We
12         will have the discovery, the disputes, the
13         privilege challenges, the foundation as Your
14         Honors are well aware, this is just a case
15         frankly where it screams for MDL.
16              In terms of the point about, Your Honors'
17         question about multi products.  I do think, and
18         I believe it talks about on pages 7 and 8 in
19         Footnote 7, is a long history from Chinese
20         drywall to the Creatines to the multi products
21         MDL and of course TRT.
22              In addition there are two injuries, which
23         it's the uterine cancer, the type one and the
24         ovarian cancers and then having two injuries.
25         It's not abnormally MDL contents.
```

Page 14

```
1              So where do -- I do think it is worth

2         noting that this is not a guardian claim MDL.

3         It is multiple defendants.  It is multiple

4         products and it is two injuries, so I think

5         there is consideration obviously to where to

6         whom the panel sends this.

7              Our support, defendants argue strongly for

8         the Southern District of New York.  I submit

9         that even the Eastern District of New York,

10        right over the bridge.  It's certainly not

11        burdensome for them.  We use Judge Block.  I

12        don't believe Judge Block wants an MDL.  He has

13        been on the bench for quite some time.  But in

14        my research, I did see Judge Cogan in the

15        Eastern District of New York.  He presided over

16        four product MDLs.

17             I also think there is commonality in the

18        Northern District of Illinois.  I realize it is

19        popular in court today from the panel's

20        argument.  I even read from the defendant that

21        they believe that is a good place as well as the

22        plaintiffs.

23             JUDGE CALDWELL:  Your time is up.

24             Judge Kennelly.

25             JUDGE KENNELLY:  I thought your primary
```

Page 15

1          position was Columbus or Southern District of

2          Ohio.  What changed?

3                  MR. LONDON:  It did, Your Honor.  And I

4          think the Southern District of Ohio, we have two

5          cases there, Judge Marbley, Judge Watson and

6          Judge Sargus would kill me if I suggested him.

7          I didn't suggest him.

8                  JUDGE CALDWELL:  I can vouch for Judge

9          Sargus.

10                 MR. LONDON:  Let the record reflect I think

11         one of the judges will actually kill you.

12                 JUDGE KENNELLY:  Just make life miserable.

13                 MR. LONDON:  Make life miserable.  But I

14         think it's an experience that really has

15         processed MDLs well.  We did suggest the

16         Southern District of Ohio Columbus.

17                 JUDGE CALDWELL:  Other questions?  Hearing

18         none.  Thank you for your argument.

19                 MR. LONDON:  Thank you, Your Honors.

20                 MS. DERMODY:  Kelly Dermody of Lieff

21         Cabraser for plaintiff Tamara Bryant.

22                 Your Honors, I don't want to repeat what my

23         esteemed colleagues have already said about the

24         need for centralization here.  I think it is

25         quite obvious and also complexities exist in the

1              cases.

2                   In terms of location, we would just

3              respectfully note that there are many, many

4              great judges in wonderful locations that are

5              before your court in a case that have been

6              filed.  I think there is no dispute about that.

7                   We would just note that this is a kind of

8              case given the expected volume of filings, which

9              might be massive, complexity involved legally

10             and the issues that will be driving this

11             litigation that the court that this goes to will

12             be very important in terms of the experience of

13             the court, and the ability of the staff to

14             handle what could be quite an undertaking.

15                  With that, we would respectfully note that

16             among the jurisdictions that have been

17             suggested, we think the Northern District of

18             Illinois is an excellent choice.  It is not what

19             we have filed, but we support our colleagues who

20             have suggested for that jurisdiction.

21                  I also suggest that the Northern District

22             of California has a great deal of experience

23             with MDLs of this type of complexity, it would

24             also be an excellent location.

25                  We support the Central District of

Page 17

1           California.  We would ask that the panel take

2           seriously not the where so much as the who, but

3           what judge it's going to go to, what staff can

4           support this filing.

5                And with that I would say that no matter

6           where this goes, the plaintiffs' lawyers who

7           have gone to work on this matter so far in a

8           very brief time has been pending, have worked

9           extremely well together, and I want to single

10          out while I have your attention the great work

11          of my colleague, Ms. Zimmerman, who has been

12          extraordinary in organizing and I think will

13          continue to work well together and effectively

14          with one mission, which is to serve our clients.

15          Thank you.

16               JUDGE CALDWELL:  Thank you.  Questions,

17          counsel.  Hearing none.  Thank you for your

18          argument.

19               MS. DERMODY:  Thank you.

20               JUDGE CALDWELL:  I think we have Gabrielle

21          Sulpizio.

22               MR. SULPIZIO:  Good morning, Your Honors,

23          It's Gabrielle Sulpizio on behalf of the

24          plaintiff filed in the District of South

25          Carolina.

1            We filed supporting centralization, Your

2      Honors, and request that it specifically go to

3      the District of South Carolina before Honorable

4      Donald C. Coggins.  However, while we still

5      believe that South Carolina is a great venue for

6      the five reasons that we mentioned in our

7      response.

8            We understand that there are many attorneys

9      here today that believe that South Carolina

10     might not be the best suited for this case.  We

11     have been working very well together, and I

12     wanted to update This Court to say that we are

13     going to support centralization in Western

14     District of Missouri.

15           We agree with the other attorneys who filed

16     responses in the Western District of Missouri

17     and we think it's best suited, and we think that

18     Judge Bough is already assigned to this case

19     would be a great fit as well.

20           JUDGE CALDWELL:  Thank you.  Questions?

21           JUDGE BENITEZ:  Why do you think the

22     Western District of Missouri would be a good

23     place?

24           MR. SULPIZIO:  You know, Judge, there is,

25     you know, a central location for convenience.

1          It's easier to get to than South Carolina.

2          There is no congestion in the Western District

3          of Missouri right now.  There is a few other

4          proponents that have some larger MDLs that are

5          currently going on right now, and it's really

6          just in the best interest of time to join forces

7          with the rest of my colleagues here and figure

8          out what was best suited for all of our clients.

9               JUDGE BENITEZ:  And what's your objection

10         to the Northern District of Illinois?

11              MR. SULPIZIO:  Your Honor, I don't

12         necessarily have an objection to the Northern

13         Districts of Illinois.  I think there are just a

14         lot of MDLs that are coming out of there right

15         now, and this case really needs some quick

16         speedy decisions that need to be made, and I

17         think it will be best suited in the Western

18         District of Missouri.

19              JUDGE KENNELLY:  The quick speedy decision

20         would be sort of like the standard MDL start up,

21         stop like organization and ESI orders and all of

22         that kind of thing, right?

23              MR. SULPIZIO:  Yes, Your Honor.

24              JUDGE KENNELLY:  That's all that is

25         dependent whether it's the Western District of

Page 20

```
1            Missouri or Northern District of Illinois or

2            wherever, that's dependent on the judge, not on

3            the district; is it not?

4                 MR. SULPIZIO:  It is dependent on the

5            judge, Your Honor.  You are correct.  And I

6            think there are a lot of moving parts out of the

7            Northern District of Illinois right now.

8                 MR. MILLER:  What does that mean?

9                 MR. SULPIZIO:  There are a lot of MDLs

10           currently.

11                JUDGE KENNELLY:  Let's just say -- let's

12           take it as it's being advocated to send it to

13           somebody who does not have one at the moment

14           because that's what is being advocated at least

15           by the third person to talk.

16                MR. SULPIZIO:  Your Honor, if it would be

17           sent to someone who does not have one, there

18           would not be an issue then, you are correct.

19                JUDGE CALDWELL:  Thank you very much.  We

20           have your argument.

21                MR. SULPIZIO:  Thank you, Your Honors.

22                JUDGE CALDWELL:  Mr. Ellis or is it Dennis.

23                MR. ELLIS:  It is Mr. Ellis and my

24           colleague Ms. Welch will start.

25                JUDGE CALDWELL:  All right.  Thank you.
```

Page 21

1          Would you state your appearance?

2                MS. WELCH:  Yes, Your Honor, Donna Welch

3          for Namaste Laboratories and Berk International.

4          Mr. Ellis and I have divided the issues to avoid

5          repetition.  I will address whether to

6          consolidate.  Mr. Ellis will address where to

7          consolidate in the event I am wholly

8          unconvincing.

9                Despite there being over 50 cases, and

10         despite the predictions we have heard this

11         morning about how big and how fast these cases

12         can grow, given what we believe are significant

13         and rather staggering pleading deficiencies, we

14         believe this motion is at best premature, and as

15         it stands right now on the record before Your

16         Honors, that centralization is inappropriate.

17               By our count, there are 13 separate

18         defendants, 17 separate brands, and among those

19         brands many, many different products.

20               Yet based on the 50 plus complaints that

21         have been filed, we actually do not know any of

22         the three of us which of our defendants'

23         products are at issue, or which of the group of

24         chemicals plaintiffs' counsel has talked about

25         this morning the EDCs, which of those chemicals

Page 22

1          are allegedly present in which products.

2               They list in their initial pleading a

3          common question that is staggering when you

4          think about it, whether defendants' haircare

5          relaxer products even contained EDCs.  And we

6          submit you can't make a decision about

7          centralization if they can't plead an answer to

8          that question.

9               Just as The Court, the panel's reasoned in

10         baby foods, given the breadth of defendants, the

11         breadth of the products, the industry wide

12         nature of the cases here, it's going to devolve

13         to defendant-specific issues.  Which products?

14         Do they contain EDCs at all?  If so, at what

15         level?  What testing was done?  What marketing

16         was done?  And we could stop there.

17              But the issues go even further because just

18         like in Valvike (phonetic) where the court also

19         denied centralization, there are vast

20         plaintiff-specific issues here.  And plaintiffs'

21         counsel in response to a question talked about

22         two cancers that are alleged but there are nine

23         separate injuries alleged.  Breast cancer as

24         well as fibroids, endometriosis, cysts,

25         infertility, miscarriage, and pain and

1            suffering.

2                    So just as in Valvike (phonetic), we think

3            that separate defendant-specific issues to

4            decide causation and plaintiff-specific issues

5            are going to be predominant as well.

6                    Once the pleading deficiencies are

7            resolved, there may be a clear path forward.  We

8            may know which chemicals, which products, which

9            defendants.  That may be an easier answer about

10           whether 1404 (a) in the Northern District where

11           there are 17 cases might actually work, but we

12           don't know that yet.  So again --

13                   JUDGE CALDWELL:  Time is up.

14                   MS. WELCH:  We think it's premature.

15                   JUDGE KENNELLY:  So your proposal is to

16           have the pleading deficiencies determined by

17           however many 50 judges, or how many have the

18           cases right now, plus however many get filed

19           between now and when you come back here, which I

20           know that is a long sentence which by definition

21           will be until six months from now, right?

22                   MS. WELCH:  Yes, Your Honor.

23                   JUDGE KENNELLY:  A couple hundred district

24           judges deciding basically the same issues.

25                   MS. WELCH:  Different issues.

Page 24

1            JUDGE KENNELLY:  Well, you said massive

2       pleading deficiencies and you summarize they

3       exist in all of the cases.  We don't know which

4       products has endocrine-disrupting chemicals in

5       them.

6            MS. WELCH:  We do believe that should be

7       decided on a case by case basis, Your Honor, and

8       we would hope that while those positions are

9       decided in a relatively smaller number of cases

10      now, more cases will not be filed.

11           JUDGE KENNELLY:  More cases?

12           MS. WELCH:  Will not be filed.  If the

13      centralization isn't granted --

14           JUDGE KENNELLY:  Have you ever heard of the

15      statute of limitations?  I mean, people are

16      going to have to file cases.

17           MS. WELCH:  The statute hasn't run.  The

18      chain study was released in October, and frankly

19      there was a rush to file cases and to move for

20      an MDL.

21           JUDGE KENNELLY:  The problem is you guys

22      are going to argue at some point the statute

23      started to run, at least in some of the cases

24      when the injury occurred, and so if you are an

25      average plaintiff's lawyer and you have all of

1          these people out there who are claiming an

2          injury, you are not going to say okay, well,

3          jeez, I got two years from October of 2022.

4          That is risky behavior.  So you are not going to

5          have 50 cases two months from now, four months

6          from now or six months from now.

7                    MS. WELCH:  That's a very fair point and

8          then instead of waiting trial, perhaps the

9          diligence will be done about what products and

10         what chemicals so they can file with specificity

11         that allows us to defend, and allows the panel

12         to really consider whether centralization is

13         warranted, or whether individual issues are

14         predominant.

15                   JUDGE KIMBALL:  Won't there be an overlap

16         on general causation and the science and in

17         discovery?  I mean, in some ways doesn't this

18         cry out for centralization?  I can see some

19         problems but --

20                   MS. WELCH:  Again, based on nine separately

21         alleged in degrees, including three different

22         cancers, we think the likelihood of general

23         causation really being an issue is low.  But

24         that doesn't include the fact that we simply

25         right now don't know which EDCs and how many of

Page 26

1          them, at what levels and what products.  And

2          until we know that, saying this is going to be

3          based on two studies or saying that it's a one

4          general causation at issue, I think, again, very

5          premature.

6               JUDGE KIMBALL:  You get down to just a few

7          experts who would probably be testifying in all

8          of these cases, am I wrong or right about that?

9               MS. WELCH:  Again, I think until we know

10         the chemicals involved and until we see if there

11         really are nine injuries, that somebody is

12         willing to say stems from EDCs at trace or

13         insignificant levels in products, I don't know

14         the answer to that.  Maybe there is one or two

15         people willing to say that.  I would hope not.

16              JUDGE COX ARLEO:  So you are suggesting

17         that multiple judges in different jurisdictions

18         tackle these issues, let them replead and maybe

19         some judges will find the pleadings sufficient,

20         some will not and then they are going to be back

21         in here.  How is any -- the ultimate question of

22         whether hormone sensitive cancer are caused by

23         these products.  I don't think it's going to be

24         resolved as simply as you say, like, let

25         everyone file a pleading.  Let each of these

MDL No. 3060                                    January 26, 2023

Page 27

1           separate judges look at it and then come back to

2           us.  I think it's going to be worse to come back

3           after 50 judges have had their hands in it.

4                MS. WELCH:  I certainly don't mean to

5           suggest it won't be simple or even simpler.

6           It's just that on the defense-specific product

7           side and plaintiff side right now the 1407

8           requirements aren't met.  Individual issues

9           vastly predominate.

10               I am not suggesting that there will be a

11          time where you can come back and make the

12          argument 1407 is appropriate.  Maybe they will

13          try.  But we think right now it can't be done on

14          the current record, and so if things play out

15          and there is a better case to be made for

16          centralization, they can do it at a later time.

17               JUDGE KENNELLY:  This is a kind of nutty

18          question.  1407 does not contain a predominance

19          requirement.  Never has.  That's rule 23.

20          That's what we are talking about here so just a

21          thought.  Anyway.

22               MS. WELCH:  Understood.

23               JUDGE KENNELLY:  It was a comment, not a

24          question.

25               JUDGE CALDWELL:  Any comments or questions?

Page 28

1           We thank you for your argument.

2                MS. WELCH:  Thank you.

3                JUDGE CALDWELL:  Okay.  Now Mr. Ellis, it

4           is your turn.

5                MR. ELLIS:  Although I do think my esteemed

6           colleague was very convincing and did very well

7           on centralization.  I don't know if you want to

8           hear from me on the --

9                But moving to that second issue, and I

10          would be happy to address one of the

11          centralization points.  There are a number of

12          permutations here.  We are not talking about two

13          cancers.  There are nine.  We are not talking

14          about a few products.  There are probably over

15          hundreds, we just don't even know what they are

16          and then they have a lot of chemicals and 13

17          defendants, some of which have not even appeared

18          yet in the case and there is going to be more

19          defendants.

20               We haven't even addressed the hair salon

21          people that made products as well.  So there is

22          a lot of issues with centralization and the 1407

23          issue agreed, it says one or more common facts.

24               But it also, the case law comes out of it

25          does talk about in terms of predominance with

Page 29

1          rule 23, but I don't want anybody to move past

2          the centralization point.  I can be very quick

3          on in terms of the actual locale if that is an

4          issue.

5               I represent the Loreal defendants in this

6          case, Loreal USA.  But all of the defendants are

7          in agreement with respect to their first

8          preference of location.  It is the Southern

9          District of New York before the Honorable Judge

10         Valerie Caproni.  Judge Caproni has handled MDLs

11         in the past and currently has one in the

12         district.  She is also on one of the larger

13         districts and there are 44 judges there.  It has

14         presently 16 MDLs.  Judge Caproni only has the

15         one, and we believe that Judge Caproni is well

16         suited for this matter.

17              Her background suggests as such, been a

18         long time manager.  There is going to be a lot

19         of attorneys to be managed here, both for the

20         general counsel, also with the Department of

21         Justice.  She had a big firm experience as well

22         of defense matters for people, was formally at a

23         large law firm.  She started her career with

24         that and then moved on, so I think that she will

25         be able to deal with the lawyers and probably

Page 30

1          some big personalities that exist amongst them.

2          Certainly mine is one of them I imagine.

3              But the long and short of this is that we

4          feel the Southern District of New York is most

5          appropriate because no defendant is in every

6          single case.  However, my client, Loreal is in

7          most of them and its principal place of business

8          is in New York.  We do believe the witnesses

9          will be there.  These are legacy products and

10         probably we will have to have a lot of, I assume

11         to answer these questions, 30 (b)(6) type

12         witnesses, those will be corporate

13         representatives.  So in particular because

14         Loreal is located there and is in 53 of the

15         cases, we believe that that is the most central

16         location.

17             Now, Western District of Missouri may be

18         fine in terms of being in the central part of

19         the United States.  It is if you don't include

20         Hawaii and Alaska.  If you do include Hawaii and

21         Alaska, that's apparently Belle Fourche, South

22         Dakota.  I can pretty much assume that it's very

23         difficult to get to Belle Fourche, South Dakota.

24         But it is much easier to get to JFK Laguardia

25         from any place where any of the parties are, so

Page 31

1           the Southern District of New York is number one.

2                And then our second choice would be

3           Northern District of Illinois and Judge

4           Kennelly, we would recommend Judge Tharp who

5           doesn't have an MDL.

6                JUDGE CALDWELL:  Your time is up.

7           Questions?  Judge Norton.

8                JUDGE NORTON:  My understanding is Judge

9           Caproni does not want the products liability

10          MDL.  Who is your second choice?

11               MR. ELLIS:  If it's in the Northern

12          District, we would take the Southern District of

13          New York and we don't really have a preference

14          there in terms of other judges there.  There is

15          a number of judges that can work.  That is news

16          to us.  But if that is true, then we still, all

17          the same factors still apply that our client is

18          there, and it's a very learning bench and we

19          take whoever the panel deems awarding.

20               JUDGE KENNELLY:  I am glad you said that

21          thing about South Dakota because I have just

22          been waiting for this about three years.  It's

23          actually Northern Nebraska if you don't include

24          it.  If you move slightly north and to the west

25          across the lines in South Dakota, you are

Page 32

1          exactly right.  Thank you.  I appreciate that.

2              MR. ELLIS:  I used a very, very powerful

3          source Wikipedia.  And then I did a little bit

4          of additional research for the geographical of

5          the center.  That's what I came up with.

6              My point being is whether it's northern

7          Nebraska or South Dakota, not a lot of flights

8          there, but there is 29 flights everyday nonstop

9          from LA, Hawaii down to JFK to Laguardia and I

10         even included Newark.  There is 41 to Chicago

11         and O'Hare.  So everybody can get to those

12         places very, very quickly and the only

13         difference I think we have on the Northern

14         District, and that's our strong -- we strongly

15         prefer Southern District of New York.  And even

16         the reality is I think yes, my client is there.

17         It's his principal place of business.  It's

18         Manhattan.  There is hotels.  There is

19         restaurants and that's an important issue for me

20         and those are all of the type of issues that I

21         think you look at.  There certainly is a very

22         big forum for it as well.  Please don't slide

23         past that issue and getting there.  This is not

24         the case for centralization, certainly not now.

25             JUDGE CALDWELL:  Any questions?  Thank you

Page 33

1          very much.

2                    We have a brief rebuttal, Ms. Debrosse

3          Zimmerman.

4                    MS. ZIMMERMAN:  Your Honors, I will try to

5          move through some of these arguments as

6          expeditious as possible.

7                    You know, the first problematic argument

8          for a number of reasons is had to do with, I

9          believe, the representation was diligence and I

10         think it's interesting when you put diligence

11         against concealment.

12                   The CFR that deals with cosmetics allows

13         the defendants to not disclose the many

14         chemicals as represented here today that are in

15         these products, which underlie the studies that

16         established the causal link between usage of

17         hair relaxers and uterine ovarian cancer.  So

18         there has been diligence in pleading both the

19         products, what we know to be the problematic

20         chemicals among others, and what the injuries

21         are and so we wanted to address that head on.

22                   Similarly, there have been a number of MDLs

23         as the panel knows much better than I do where

24         there have been a number, sometimes dozens of

25         injuries C-pap, social media MDL, PPI, opiates,

1          TRT, what is the purpose, efficiency and to

2          ensure as Your Honor said that we don't have 50

3          courts, what would be 100 courts making these

4          determinations.  And trust me, Your Honors, we

5          won't stop filing these cases despite what was

6          represented by defense counsel.

7               We have conducted diligence.  We understand

8          what the general causation issues will be, and

9          we are prepared to address them hopefully

10         centralized before one judge.

11              I am going to move quickly to address

12         location.

13              Defense counsel has said as a secondary

14         choice in their pleadings, they would agree to

15         New York.  While Loreal is headquartered in New

16         York and I am from Brooklyn, it is not the best

17         place.  We have defendants in Illinois, New

18         York, Georgia, Connecticut.  New York is not

19         central to this litigation.  All the witnesses

20         in the documents are not in New York, and we

21         once again ask that this matter be sent to Judge

22         Rowland in the Northern District of Illinois.

23              JUDGE CALDWELL:  Time is up.

24              MS. ZIMMERMAN:  Sorry, Your Honors.  I was

25         trying to get it in there.  Sorry about that.

Page 35

1                    JUDGE CALDWELL:   Any questions?   Thank you

2          very much.

3                    MS. ZIMMERMAN:   Thank you very much, Your

4          Honors.

5                    JUDGE CALDWELL:   That concludes the

6          arguments on MDL number 3060.

7          (Whereupon, the proceedings were concluded at 10:44

8                              a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 36

1                    REPORTER'S CERTIFICATE

2          STATE OF FLORIDA)

3          COUNTY OF MIAMI-DADE)

4              I, Marla Schreiber, Shorthand Reporter, certify

5          that I was authorized to and did stenographically

6          report the foregoing proceedings; and that the

7          transcript is a true record.

8              I further certify that I am not a relative,

9          employee, or counsel of any of the parties, nor am I

10         a relative or employee of any of the parties'

11         attorney or counsel connected with the action, nor

12         am I financially interested in the action.

13             Dated this 9th day of January, 2023.

14

15

16

17         MARLA SCHREIBER, SHORTHAND REPORTER

18         NOTARY PUBLIC, Commission # DD 723489

19         MY COMMISSION EXPIRES:

20         October 14, 2023

21

22

23

24

25

| **&** | **4** | | |
|---|---|---|---|

**&**

**&**   8:15

**1**

**100**   34:3
**10:07**   1:11
**11**   10:15
**13**   21:17 28:16
**13254**   36:16
**14**   36:20
**1404**   6:10
  23:10
**1407**   5:9 6:8
  27:7,12,18
  28:22
**15**   4:12
**16**   29:14
**17**   21:18 23:11

**2**

**20**   13:10
**2019**   4:24
**2022**   25:3
**2023**   1:10
  36:13,20
**21st**   4:10
**23**   27:19 29:1
**24**   4:12
**26**   1:10
**29**   32:8

**3**

**3**   4:24
**30**   30:11
**3060**   1:2 4:1
  35:6
**37**   4:11

**4**

**400**   1:9
**41**   32:10
**44**   29:13

**5**

**50**   21:9,20
  23:17 25:5
  27:3 34:2
**53**   4:11 30:14

**6**

**6**   30:11
**60**   9:12

**7**

**7**   13:18,19
**723489**   36:18

**8**

**8**   13:18

**9**

**93**   4:11
**97**   9:12
**9th**   36:13

**a**

**a.m.**   1:11,11
  35:8
**abbott**   5:8
**ability**   16:13
**able**   29:25
**abnormally**
  13:25
**above**   1:17
**absolutely**   8:2
**action**   36:11,12
**actions**   7:7
  11:25

**actual**   29:3
**actually**   9:19
  10:10 15:11
  21:21 23:11
  31:23
**addition**   6:1
  13:22
**additional**   32:4
**address**   4:21
  5:19 10:13
  12:19 13:1
  21:5,6 28:10
  33:21 34:9,11
**addressed**
  11:24 28:20
**adjudicated**
  7:14
**adult**   8:14
**adversary**   13:3
**advocated**
  20:12,14
**affected**   9:3
**agree**   18:15
  34:14
**agreed**   28:23
**agreement**   29:7
**alaska**   30:20
  30:21
**alleged**   22:22
  22:23 25:21
**allegedly**   22:1
**allows**   25:11,11
  33:12
**amount**   11:23
**answer**   8:16
  9:14 10:16,18
  22:7 23:9
  26:14 30:11

**anticipate**   9:4
  11:19
**anybody**   29:1
**anyway**   27:21
**apparently**
  30:21
**appearance**
  21:1
**appearances**
  2:1 3:1
**appeared**
  28:17
**apply**   31:17
**appreciate**
  32:1
**appropriate**
  27:12 30:5
**argue**   6:22
  14:7 24:22
**arguing**   10:11
**argument**   9:8
  9:11 14:20
  15:18 17:18
  20:20 27:12
  28:1 33:7
**arguments**
  33:5 35:6
**arleo**   2:19 10:5
  26:16
**article**   4:24
**assigned**   18:18
**assume**   30:10
  30:22
**attention**   17:10
**attorney**   36:11
**attorneys**   18:8
  18:15 29:19

Case ILN/1:22-cv-05815   Document 32   Filed 02/08/23   Page 38 of 49
MDL No. 3060                                    January 26, 2023
[authorized - certify]                                        Page 2

**authorized**
36:5
**avenue** 1:9
**average** 24:25
**avoid** 21:4
**awarding**
31:19
**aware** 4:25
11:13 13:14

**b**

**b** 30:11
**baby** 22:10
**back** 7:22 9:6
23:19 26:20
27:1,2,11
**background**
29:17
**backyard**
11:18
**based** 21:20
25:20 26:3
**basically** 23:24
**basis** 24:7
**behalf** 2:21 3:2
3:6 6:2 10:15
17:23
**behavior** 25:4
**believe** 9:2 12:5
12:12 13:18
14:12,21 18:5
18:9 21:12,14
24:6 29:15
30:8,15 33:9
**belle** 30:21,23
**bench** 14:13
31:18

**benitez** 2:16
18:21 19:9
**berk** 21:3
**best** 18:10,17
19:6,8,17
21:14 34:16
**better** 27:15
33:23
**big** 8:22 21:11
29:21 30:1
32:22
**bit** 9:5 32:3
**block** 14:11,12
**bough** 6:18
18:18
**brand** 8:1,7
**brands** 7:23
21:18,19
**breadth** 10:7
22:10,11
**breast** 22:23
**bridge** 14:10
**brief** 17:8 33:2
**briefings** 4:22
**brooklyn** 34:16
**brownly** 12:25
**bryant** 15:21
**burdensome**
14:11
**business** 30:7
32:17

**c**

**c** 2:8 18:4
33:25
**cabraser** 15:21
**caldwell** 2:2
4:1 6:11 10:19

11:4,7 12:20
14:23 15:8,17
17:16,20 18:20
20:19,22,25
23:13 27:25
28:3 31:6
32:25 34:23
35:1,5
**california** 2:17
16:22 17:1
**call** 9:19
**cancer** 5:25
10:24 11:2
13:23 22:23
26:22 33:17
**cancers** 10:22
10:24 11:3
13:24 22:22
25:22 28:13
**caproni** 29:10
29:10,14,15
31:9
**carcinogen**
10:9
**career** 29:23
**carolina** 2:9
17:25 18:3,5,9
19:1
**case** 4:8,9,18
5:15,24 6:8 7:6
10:16 13:3,4
13:14 16:5,8
18:10,18 19:15
24:7,7 27:15
28:18,24 29:6
30:6 32:24
**cases** 4:11 5:10
5:20 8:4 9:7,10

9:18,20 10:13
11:20,24 13:7
15:5 16:1 21:9
21:11 22:12
23:11,18 24:3
24:9,10,11,16
24:19,23 25:5
26:8 30:15
34:5
**causal** 33:16
**causation** 6:2
23:4 25:16,23
26:4 34:8
**cause** 1:17 5:25
**caused** 26:22
**center** 32:5
**central** 16:25
18:25 30:15,18
34:19
**centralization**
6:23 13:2,5
15:24 18:1,13
21:16 22:7,19
24:13 25:12,18
27:16 28:7,11
28:22 29:2
32:24
**centralize** 6:14
**centralized**
34:10
**centrally** 11:18
12:8
**certainly** 14:10
27:4 30:2
32:21,24
**certificate** 36:1
**certify** 36:4,8

cfr 33:12
chain 24:18
chair 2:2
challenge 6:25
challenges
  13:13
changed 10:25
  15:2
chapter 10:15
cheese 5:1
chemicals 5:24
  21:24,25 23:8
  24:4 25:10
  26:10 28:16
  33:14,20
chicago 32:10
children 8:10
  8:13
chinese 13:19
choice 6:14,16
  16:18 31:2,10
  34:14
claim 14:2
claiming 25:1
claims 7:11
  10:2,6,12,14
  11:22,23 12:2
  12:4
class 10:1
  11:25
clear 23:7
client 30:6
  31:17 32:16
clients 6:13
  7:20,20 17:14
  19:8
close 9:12

cogan 14:14
coggins 18:4
coke 8:8
colleague 13:6
  17:11 20:24
  28:6
colleagues
  15:23 16:19
  19:7
columbus 15:1
  15:16
come 5:18 9:5
  12:4 23:19
  27:1,2,11
comes 28:24
coming 13:11
  19:14
comment 27:23
comments 4:21
  27:25
commission
  36:18,19
common 22:3
  28:23
commonality
  14:17
complaints
  21:20
complex 5:5
complexities
  15:25
complexity
  16:9,23
concealment
  33:11
concerns 4:16
  4:17

concluded 35:7
concludes 35:5
conducted 34:7
confident 5:8
congestion
  12:12 19:2
connected
  36:11
connecticut
  34:18
consider 25:12
consideration
  14:5
consolidate
  21:6,7
consolidation
  5:9 11:11 12:6
consumer 9:19
  9:24 10:2,5,12
  11:22,24 12:1
contain 22:14
  27:18
contained 22:5
contents 13:25
continue 17:13
continued 3:1
convenience
  18:25
convenient
  11:17 12:9
convincing
  28:6
coordinate 6:9
coordination
  13:9
core 5:24 6:1
  7:10,11

corporate
  30:12
correct 20:5,18
cosmetics
  33:12
counsel 4:22
  10:11 17:17
  21:24 22:21
  29:20 34:6,13
  36:9,11
count 21:17
country 9:4
county 36:3
couple 23:23
course 13:21
court 2:2,5,8
  2:11,13,16,19
  4:14 14:19
  16:5,11,13
  18:12 22:9,18
courthouse 1:9
courts 4:13
  34:3,3
cox 2:19 10:5
  26:16
create 6:21
creatines 13:20
cross 5:20
cry 25:18
cs5639349 1:25
cultural 8:9
current 27:14
currently 7:15
  19:5 20:10
  29:11
cysts 22:24

| d | | | |
|---|---|---|---|
| **d**  1:9 | 29:6 33:13 | **differently** | **districts**  19:13 |
| **dade**  36:3 | 34:17 | 7:12 | 29:13 |
| **dakota**  30:22 | **defense**  4:22 | **difficult**  30:23 | **divided**  21:4 |
| 30:23 31:21,25 | 27:6 29:22 | **diligence**  25:9 | **documents** |
| 32:7 | 34:6,13 | 33:9,10,18 | 34:20 |
| **dale**  2:11 | **deficiencies** | 34:7 | **donald**  18:4 |
| **dark**  8:15 | 21:13 23:6,16 | **disclose**  33:13 | **donna**  3:8 21:2 |
| **dated**  36:13 | 24:2 | **discovery** | **dozens**  33:24 |
| **david**  2:8 | **definition** | 13:12 25:17 | **drinks**  8:7 |
| **day**  9:8 36:13 | 23:20 | **discuss**  4:8 | **driving**  16:10 |
| **days**  4:11 9:12 | **degrees**  25:21 | **disingenuous** | **drywall**  13:20 |
| **dd**  36:18 | **denied**  22:19 | 6:25 | **due**  5:13 |
| **deal**  16:22 | **dennis**  3:7 | **dismiss**  13:11 | |
| 29:25 | 20:22 | **dispute**  16:6 | e |
| **dealings**  7:20 | **department** | **disputes**  13:12 | **earlier**  12:18 |
| **deals**  33:12 | 29:20 | **disrupting**  24:4 | **easier**  19:1 |
| **debrosse**  2:22 | **dependent** | **distinguished** | 23:9 30:24 |
| 4:4,5,6 33:2 | 19:25 20:2,4 | 5:4 | **eastern**  2:2 |
| **decide**  6:14 | **dermody**  3:4 | **district**  2:2,2,5 | 6:17 14:9,15 |
| 23:4 | 15:20,20 17:19 | 2:5,8,8,11,11 | **economic**  12:2 |
| **decided**  24:7,9 | **despite**  21:9,10 | 2:13,13,16,16 | **edcs**  21:25 22:5 |
| **deciding**  23:24 | 34:5 | 2:19,19 4:9 5:3 | 22:14 25:25 |
| **decision**  19:19 | **determinations** | 5:12,16,17 | 26:12 |
| 22:6 | 34:4 | 6:15,17,18 | **effectively** |
| **decisions**  19:16 | **determined** | 11:11,16 12:7 | 17:13 |
| **deems**  31:19 | 23:16 | 12:10,11 14:8 | **efficiency**  34:1 |
| **defend**  25:11 | **develop**  8:12 | 14:9,15,18 | **ellis**  3:7 20:22 |
| **defendant** | **devolve**  22:12 | 15:1,4,16 | 20:23,23 21:4 |
| 14:20 22:13 | **diandra**  2:22 | 16:17,21,25 | 21:6 28:3,5 |
| 23:3 30:5 | 4:3 | 17:24 18:3,14 | 31:11 32:2 |
| **defendants**  3:6 | **difference** | 18:16,22 19:2 | **employee**  36:9 |
| 5:13 6:4 7:3,9 | 32:13 | 19:10,18,25 | 36:10 |
| 11:15,19 14:3 | **different**  4:12 | 20:1,3,7 23:10 | **endocrine**  24:4 |
| 14:7 21:18,22 | 4:13 5:11 7:5 | 23:23 29:9,12 | **endometriosis** |
| 22:4,10 23:9 | 7:13,22,23 | 30:4,17 31:1,3 | 22:24 |
| 28:17,19 29:5 | 8:19 9:9 21:19 | 31:12,12 32:14 | **ensure**  34:2 |
| | 23:25 25:21 | 32:15 34:22 | **esi**  19:21 |
| | 26:17 | | |

esq  2:22,23,24
  3:3,4,5,7,8
established
  33:16
esteemed  15:23
  28:5
event  21:7
everybody
  32:11
everyday  32:8
evolve  8:14
exact  6:7
exactly  32:1
excellent  16:18
  16:24
excuse  6:17
exist  15:25
  24:3 30:1
expect  9:1
expected  16:8
expeditious
  33:6
experience
  5:13 15:14
  16:12,22 29:21
experts  26:7
expires  36:19
exponentially
  13:8
expose  6:4
extent  7:12,21
  8:6
extraordinary
  17:12
extremely  17:9

**f**

f  2:13,23
facing  6:6
fact  5:15,20,22
  25:24
factors  31:17
facts  6:6 28:23
failure  6:3
fair  25:7
far  17:7
fast  21:11
fear  10:8
feel  5:8 8:22
  30:4
ferguson  1:9
fibroids  22:24
fight  6:2
figure  19:7
file  24:16,19
  25:10 26:25
filed  1:17 4:9
  4:11 5:15,21
  9:7 10:2,11,15
  11:10,21 16:6
  16:19 17:24
  18:1,15 21:21
  23:18 24:10,12
filing  9:7 17:4
  34:5
filings  16:8
financially
  36:12
find  26:19
fine  30:18
fire  11:1
firm  8:18 29:21
  29:23

firms  4:12 6:9
  13:10,10
first  4:8,9,20
  5:15 10:16
  13:1 29:7 33:7
fit  18:19
five  18:6
flights  32:7,8
florida  1:10,16
  36:2
focused  12:14
foods  22:10
footnote  13:19
forces  19:6
foregoing  36:6
formally  29:22
forth  7:22
forum  32:22
forward  9:5
  23:7
foundation
  13:13
four  14:16 25:5
fourche  30:21
  30:23
frame  6:21 9:7
frankly  13:15
  24:18
fraud  9:25
further  22:17
  36:8

**g**

gabrielle  3:5
  17:20,23
general  6:2
  25:16,22 26:4
  29:20 34:8

generally  10:21
geographical
  32:4
georgia  34:18
getting  32:23
given  11:20
  13:2 16:8
  21:12 22:10
glad  31:20
go  17:3 18:2
  22:17
goes  16:11 17:6
going  8:23
  10:12 13:1
  17:3 18:13
  19:5 22:12
  23:5 24:16,22
  25:2,4 26:2,20
  26:23 27:2
  28:18 29:18
  34:11
good  12:23
  14:21 17:22
  18:22
gorton  2:5 6:13
granted  24:13
grated  5:1
great  16:4,22
  17:10 18:5,19
group  5:24
  21:23
grow  21:12
growing  4:19
  13:7
guardian  14:2
guys  24:21

## h

**hair**  1:5 4:1 6:5
   7:9 8:10 28:20
   33:17
**haircare**  22:4
**handle**  7:12
   16:14
**handled**  29:10
**hands**  27:3
**happy**  12:19
   28:10
**hard**  6:8
**hawaii**  30:20
   30:20 32:9
**head**  33:21
**headquartered**
   34:15
**hear**  4:3 28:8
**heard**  21:10
   24:14
**hearing**  1:13
   15:17 17:17
**helped**  10:25
**history**  13:19
**hoekstra**  2:24
   10:18 11:7,8,9
**holidays**  9:13
**honor**  4:6 6:12
   6:24 7:24 8:5
   8:16,24 9:2,21
   10:4 11:8 15:3
   19:11,23 20:5
   20:16 21:2
   23:22 24:7
   34:2
**honorable**  18:3
   29:9

**honors**  7:14
   11:6 12:23
   13:14,16 15:19
   15:22 17:22
   18:2 20:21
   21:16 33:4
   34:4,24 35:4
**hope**  24:8
   26:15
**hopefully**  34:9
**hormone**  26:22
**hotels**  32:18
**hundred**  23:23
**hundreds**  10:3
   28:15

## i

**identical**  5:23
   7:4
**identify**  10:20
**iii**  2:23
**illinois**  2:14
   4:10 5:3,12,13
   5:16,17 6:15
   12:11 14:18
   16:18 19:10,13
   20:1,7 31:3
   34:17,22
**illness**  12:16
**imagine**  9:10
   10:3 30:2
**important**  4:8
   7:8 12:13
   16:12 32:19
**inappropriate**
   21:16
**include**  25:24
   30:19,20 31:23

**included**  32:10
**including**
   25:21
**individual**
   25:13 27:8
**individualized**
   6:22
**individuals**
   11:10 12:1
**industry**  22:11
**infertility**
   22:25
**initial**  4:20
   22:2
**injuries**  10:20
   10:21 13:22,24
   14:4 22:23
   26:11 33:20,25
**injury**  9:18,23
   10:8,8,14
   11:22,23 24:24
   25:2
**insignificant**
   26:13
**instant**  13:9
**interest**  19:6
**interested**
   36:12
**interesting**
   8:13 33:10
**international**
   21:3
**involve**  11:14
   11:21
**involved**  13:11
   16:9 26:10
**issue**  9:3,13
   12:12 20:18

   21:23 25:23
   26:4 28:9,23
   29:4 32:19,23
**issues**  5:22
   6:22 11:14
   16:10 21:4
   22:13,17,20
   23:3,4,24,25
   25:13 26:18
   27:8 28:22
   32:20 34:8

## j

**jackie**  12:24
**january**  1:10
   36:13
**jeez**  25:3
**jennifer**  2:24
   10:17 11:9
**jersey**  2:19
**jfk**  30:24 32:9
**job**  1:25
**join**  19:6
**jr**  1:9
**judge**  4:1,23,23
   4:24 5:5 6:11
   6:13,18,19
   7:16,25 8:3,20
   8:25 9:17,22
   10:5,19 11:4,7
   12:20 14:11,12
   14:14,23,24,25
   15:5,5,6,8,8,12
   15:17 17:3,16
   17:20 18:18,20
   18:21,24 19:9
   19:19,24 20:2
   20:5,11,19,22

20:25 23:13,15
23:23 24:1,11
24:14,21 25:15
26:6,16 27:17
27:23,25 28:3
29:9,10,14,15
31:3,4,6,7,8,8
31:20 32:25
34:10,21,23
35:1,5
**judges** 5:14
15:11 16:4
23:17,24 26:17
26:19 27:1,3
29:13 31:14,15
**judicial** 1:1,14
**jurisdiction** 5:4
5:11,14 16:20
**jurisdictions**
4:12 16:16
26:17
**justice** 29:21

**k**

**k** 2:2
**karen** 2:2
**keep** 8:11
**kelly** 3:4 15:20
**kennelly** 2:13
5:6 7:16,25 8:3
8:20,25 9:17
9:22 14:24,25
15:12 19:19,24
20:11 23:15,23
24:1,11,14,21
27:17,23 31:4
31:20

**kentucky** 2:3
**key** 7:11
**kill** 15:6,11
**kimball** 2:11
6:19 25:15
26:6
**kind** 7:16 8:22
9:17 16:7
19:22 27:17
**kit** 8:13
**know** 8:7 18:24
18:25 21:21
23:8,12,20
24:3 25:25
26:2,9,13 28:7
28:15 33:7,19
**knows** 33:23

**l**

**la** 32:9
**laboratories**
21:3
**laguardia**
30:24 32:9
**large** 1:16
29:23
**larger** 4:19
19:4 29:12
**law** 5:19,22
13:10 28:24
29:23
**lawyer** 24:25
**lawyers** 17:6
29:25
**learned** 8:10
**learning** 31:18
**legacy** 30:9

**legal** 6:7
**legalese** 11:1
**legally** 16:9
**level** 22:15
**levels** 26:1,13
**liability** 1:5
31:9
**lieff** 15:20
**life** 12:16 15:12
15:13
**light** 5:18
**likelihood**
25:22
**likely** 11:23
**limitations**
24:15
**lines** 31:25
**link** 33:16
**list** 22:2
**litigation** 1:1,5
4:15 5:2 11:14
11:20 12:5,13
16:11 34:19
**litigations** 4:19
7:3
**little** 32:3
**locale** 29:3
**located** 11:18
12:9 30:14
**location** 5:12
11:17 12:13
16:2,24 18:25
29:8 30:16
34:12
**locations** 12:10
16:4
**london** 3:3
12:22,23,24

15:3,10,13,19
**long** 6:21 13:19
23:20 29:18
30:3
**look** 27:1 32:21
**looked** 9:6
**looking** 5:5
**loreal** 29:5,6
30:6,14 34:15
**loss** 12:2
**lot** 6:21 9:14
19:14 20:6,9
28:16,22 29:18
30:10 32:7
**lovely** 8:15
**low** 25:23
**loyalty** 8:7

**m**

**m** 2:5,24 3:4,8
**made** 4:22
19:16 27:15
28:21
**madeline** 2:19
**magistrate**
4:25
**make** 10:16
15:12,13 22:6
27:11
**making** 34:3
**manage** 5:5
**managed** 7:7
29:19
**manager** 29:18
**manhattan**
32:18
**manufacture**
7:9

Case ILN/1:22-cv-05815  Document 32  Filed 02/08/23  Page 44 of 49
MDL No. 3060                                      January 26, 2023
[manufacturers - okay]                                      Page 8

manufacturers
  7:17
marbley  15:5
marketed  6:20
marketing  1:5
  4:2 5:2 7:5,6
  7:12 22:15
marla  1:15
  36:4,17
mass  13:4
massachusetts
  2:6
massive  16:9
  24:1
matter  5:8 17:5
  17:7 29:16
  34:21
matters  29:22
matthew  2:13
mdl  1:2 4:1 7:7
  8:3 9:5,8 10:7
  13:5,15,21,25
  14:2,12 19:20
  24:20 31:5,10
  33:25 35:6
mdls  5:5 7:14
  14:16 15:15
  16:23 19:4,14
  20:9 29:10,14
  33:22
mean  9:24 20:8
  24:15 25:17
  27:4
means  9:13
media  33:25
medical  12:4
members  2:4

mentioned
  18:6
met  27:8
miami  1:9,10
  36:3
michael  3:3
  12:24
miller  20:8
mine  30:2
minute  4:20
miscarriage
  22:25
miserable
  15:12,13
mission  17:14
missouri  6:18
  11:12,17 12:8
  18:14,16,22
  19:3,18 20:1
  30:17
mitchell  4:7
moment  20:13
monitoring
  12:4
months  23:21
  25:5,5,6
morning  12:23
  17:22 21:11,25
motion  21:14
motions  13:11
move  24:19
  29:1 31:24
  33:5 34:11
moved  12:14
  29:24
movement  4:7
moving  20:6
  28:9

multi  13:17,20
multidistrict
  1:1
multiple  6:20
  7:17 8:4 14:3,3
  26:17

**n**

namaste  21:3
nathaniel  2:5
nationwide
  11:20
nature  10:20
  22:12
nebraska  31:23
  32:7
necessarily
  19:12
necessity  5:9
need  5:22 13:8
  15:24 19:16
needs  19:15
never  27:19
new  2:19 14:8
  14:9,15 29:9
  30:4,8 31:1,13
  32:15 34:15,15
  34:17,18,20
newark  32:10
news  31:15
nine  22:22
  25:20 26:11
  28:13
nonstop  32:8
north  1:9 31:24
northern  2:13
  4:9 5:3,11,16
  5:17 6:15

12:10 14:18
  16:17,21 19:10
  19:12 20:1,7
  23:10 31:3,11
  31:23 32:6,13
  34:22
norton  2:8 31:7
  31:8
notary  1:15
  36:18
note  7:8 16:3,7
  16:15
notify  4:14
noting  14:2
number  4:1
  5:10 7:3 8:17
  9:1 12:1 24:9
  28:11 31:1,15
  33:8,22,24
  35:6
numbers  9:5
nutty  27:17

**o**

o'hare  32:11
objection  19:9
  19:12
obvious  15:25
obviously  4:13
  9:24 14:5
occurred  24:24
october  4:10
  24:18 25:3
  36:20
office  9:6
ohio  15:2,4,16
okay  8:20 25:2
  28:3

**once** 23:6
  34:21
**opiates** 7:2
  33:25
**oral** 9:11
**orders** 19:21
**organization**
  19:21
**organizing**
  17:12
**ovarian** 11:2
  13:24 33:17
**overlap** 25:15

**p**

**pages** 13:18
**pain** 22:25
**panel** 1:1,14
  2:4 5:21 14:6
  17:1 25:11
  31:19 33:23
**panel's** 14:19
  22:9
**pap** 33:25
**papers** 10:19
**parmesan** 5:1
**part** 9:17,23,25
  11:25 12:8
  30:18
**partially** 7:6
**particular**
  30:13
**parties** 30:25
  36:9,10
**parts** 20:6
**past** 29:1,11
  32:23

**path** 23:7
**pending** 7:15
  17:8
**pendulum** 9:18
**people** 7:21
  24:15 25:1
  26:15 28:21
  29:22
**pepsi** 8:8
**permutations**
  28:12
**person** 20:15
**personal** 10:14
  11:22,23
**personalities**
  30:1
**petition** 9:8,10
**phenomenon**
  8:9
**phonetic** 12:25
  22:18 23:2
**physically** 12:2
**pick** 8:21
**picking** 7:16
**place** 14:21
  18:23 30:7,25
  32:17 34:17
**places** 32:12
**plaintiff** 6:9
  7:25 12:24
  13:10 15:21
  17:24 22:20
  23:4 27:7
**plaintiff's**
  24:25
**plaintiffs** 2:21
  3:2 8:17 9:1
  14:22 17:6

  21:24 22:20
**play** 27:14
**plead** 22:7
**pleading** 21:13
  22:2 23:6,16
  24:2 26:25
  33:18
**pleadings**
  26:19 34:14
**please** 32:22
**plus** 21:20
  23:18
**point** 4:17 12:3
  13:16 24:22
  25:7 29:2 32:6
**points** 28:11
**popular** 14:19
**position** 13:2
  15:1
**positions** 24:8
**possible** 33:6
**potential** 7:20
**potentially**
  10:4
**powerful** 32:2
**ppi** 33:25
**ppis** 7:2
**practices** 1:5
  4:2
**predictions**
  21:10
**predominance**
  27:18 28:25
**predominant**
  23:5 25:14
**predominate**
  27:9

**prefer** 32:15
**preference**
  29:8 31:13
**premature**
  21:14 23:14
  26:5
**prepared** 34:9
**present** 22:1
**presently** 29:14
**presided** 5:1
  14:15
**pretty** 9:12
  30:22
**primarily**
  10:13,24
**primary** 11:3
  14:25
**principal** 30:7
  32:17
**privilege** 13:13
**probably** 26:7
  28:14 29:25
  30:10
**problem** 6:19
  24:21
**problematic**
  33:7,19
**problems**
  25:19
**proceedings**
  1:13 35:7 36:6
**processed**
  15:15
**produced** 6:20
**product** 14:16
  27:6
**products** 1:5
  4:2 6:20 7:4,21

Case ILN/1:22-cv-05815   Document 32   Filed 02/08/23   Page 46 of 49
MDL No. 3060                                          January 26, 2023
[products - see]                                                    Page 10

| r |
|---|

8:11,14,19
10:9 13:17,20
14:4 21:19,23
22:1,5,11,13
23:8 24:4 25:9
26:1,13,23
28:14,21 30:9
31:9 33:15,19
**prohibited** 7:1
**proper** 5:17
**proponents**
19:4
**proposal** 23:15
**public** 1:16
36:18
**purpose** 34:1
**put** 33:10

| q |
|---|

**question** 8:6,16
10:18 13:17
22:3,8,21
26:21 27:18,24
**questions** 6:7
11:4 12:18,21
15:17 17:16
18:20 27:25
30:11 31:7
32:25 35:1
**quick** 19:15,19
29:2
**quickly** 12:14
32:12 34:11
**quite** 8:13
14:13 15:25
16:14

**raised** 12:18
**rapidly** 4:18
**rather** 21:13
**read** 14:20
**reality** 32:16
**realize** 12:17
14:18
**really** 4:8
15:14 19:5,15
25:12,23 26:11
31:13
**reasonable**
8:25
**reasoned** 22:9
**reasons** 9:15
18:6 33:8
**rebuttal** 33:2
**recall** 5:8
**recommend**
31:4
**record** 15:10
21:15 27:14
36:7
**reflect** 15:10
**reflected** 5:10
**relative** 36:8,10
**relatively** 24:9
**relax** 8:10
**relaxer** 1:5 4:2
22:5
**relaxers** 6:5 7:9
33:17
**released** 24:18
**rendered** 5:21
**rene** 2:23

**repeat** 15:22
**repetition** 21:5
**replead** 26:18
**report** 36:6
**reporter** 1:15
36:4,17
**reporter's** 36:1
**represent** 8:18
12:24 29:5
**representation**
33:9
**representatives**
30:13
**represented**
33:14 34:6
**reproductive**
10:21
**request** 18:2
**requirement**
27:19
**requirements**
27:8
**research** 14:14
32:4
**resolution**
12:15
**resolved** 23:7
26:24
**respect** 29:7
**respectfully**
16:3,15
**response** 18:7
22:21
**responses**
18:16
**rest** 19:7
**restaurants**
32:19

**right** 9:20
14:10 19:3,5
19:14,22 20:7
20:25 21:15
23:18,21 25:25
26:8 27:7,13
32:1
**risk** 6:4
**risky** 25:4
**rocha** 2:23
**roger** 2:16
**roland** 4:23,23
**rowland** 34:22
**rule** 27:19 29:1
**run** 12:17
24:17,23
**rush** 24:19

| s |
|---|

**s** 2:22 3:7
**sales** 1:5 4:2
5:2
**salon** 28:20
**sargus** 15:6,9
**saying** 26:2,3
**says** 28:23
**schreiber** 1:15
36:4,17
**science** 25:16
**screams** 13:4
13:15
**second** 6:14,16
11:2 28:9 31:2
31:10
**secondary**
34:13
**see** 14:14 25:18
26:10

seen  7:1,2
send  20:12
sends  14:6
sense  7:19 10:6
sensitive  26:22
sent  20:17
  34:21
sentence  23:20
separate  21:17
  21:18 22:23
  23:3 27:1
separately
  25:20
seriously  17:2
serve  17:14
served  4:24
set  11:1
settlement  6:8
seven  4:25
several  11:9,15
  12:18
shear  13:6
short  30:3
shorthand  1:15
  36:4,17
side  10:2 27:7,7
signature
  36:16
significant  5:25
  8:17 9:3 21:12
similar  7:4
  11:25
similarities
  5:19
similarly  33:22
simple  27:5
simpler  27:5

simply  25:24
  26:24
single  17:9
  30:6
situation  11:1
six  12:25 23:21
  25:6
size  13:6
slide  32:22
slightly  31:24
smaller  24:9
social  33:25
solution  13:8
somebody
  20:13 26:11
sorry  34:24,25
sort  19:20
source  32:3
south  2:8 17:24
  18:3,5,9 19:1
  30:21,23 31:21
  31:25 32:7
southern  2:16
  12:10 14:8
  15:1,4,16 29:8
  30:4 31:1,12
  32:15
spanning  9:13
speak  4:15
specific  8:3
  11:19 22:13,20
  23:3,4 27:6
specifically
  18:2
specificity
  25:10
speedy  19:16
  19:19

staff  16:13 17:3
staggering
  21:13 22:3
standard  19:20
stands  21:15
start  19:20
  20:24
started  8:12
  24:23 29:23
state  1:16 21:1
  36:2
states  1:1,14
  2:2,5,8,11,13
  2:16,19 30:19
status  4:14
statute  24:15
  24:17,22
stems  26:12
stenographic...
  36:5
stop  19:21
  22:16 34:5
straight  8:11
strong  32:14
strongly  14:7
  32:14
studies  6:1
  7:10 26:3
  33:15
study  10:24
  24:18
stunning  9:9
styled  1:17
submit  14:8
  22:6
suffered  6:3
suffering  12:16
  23:1

sufficient  26:19
suggest  15:7,15
  16:21 27:5
suggested  15:6
  16:17,20
suggesting
  11:16 12:7
  26:16 27:10
suggests  29:17
suited  18:10,17
  19:8,17 29:16
sulpizio  3:5
  17:21,22,23
  18:24 19:11,23
  20:4,9,16,21
summarize
  24:2
support  11:10
  14:7 16:19,25
  17:4 18:13
supporting
  18:1
switch  7:22

t

t  2:16
tackle  26:18
tail  5:7
take  17:1 20:12
  31:12,19
taken  1:14 13:2
talk  20:15
  28:25
talked  13:6
  21:24 22:21
talking  4:18
  9:22,23 10:22
  10:23 27:20

28:12,13
**talks** 13:18
**tamara** 15:21
**terms** 9:1 13:16
16:2,12 28:25
29:3 30:18
31:14
**testifying** 26:7
**testing** 22:15
**testosterone**
5:6 7:18
**thank** 6:12
11:5,6,8 12:21
15:18,19 17:15
17:16,17,19
18:20 20:19,21
20:25 28:1,2
32:1,25 35:1,3
**tharp** 31:4
**thing** 7:17 8:21
19:22 31:21
**things** 27:14
**think** 4:16 5:3
6:24 9:9,10,15
13:17 14:1,4
14:17 15:4,10
15:14,24 16:6
16:17 17:12,20
18:17,17,21
19:13,17 20:6
22:4 23:2,14
25:22 26:4,9
26:23 27:2,13
28:5 29:24
32:13,16,21
33:10
**third** 20:15

**thought** 14:25
27:21
**thousands** 8:18
8:25 9:23 10:3
11:24
**threatening**
12:16
**three** 21:22
25:21 31:22
**time** 6:11,21
8:19 9:6,11
12:17,21 14:13
14:23 17:8
19:6 23:13
27:11,16 29:18
31:6 34:23
**times** 7:23
**today** 10:11
14:19 18:9
33:14
**together** 17:9
17:13 18:11
**tort** 13:4
**trace** 26:12
**transcript** 36:7
**transfer** 5:10
5:16
**trial** 25:8
**trt** 13:21 34:1
**true** 31:16 36:7
**truly** 4:16
**trust** 34:4
**try** 27:13 33:4
**trying** 10:6
34:25
**turn** 28:4
**two** 5:12,25
9:17 10:24

13:22,24 14:4
15:4 22:22
25:3,5 26:3,14
28:12
**type** 13:23
16:23 30:11
32:20
**types** 10:21

**u**

**u.s.** 1:9
**ultimate** 26:21
**unclear** 12:3
**unconvincing**
21:8
**under** 6:8
**underlie** 33:15
**understand** 5:7
18:8 34:7
**understanding**
31:8
**understood**
27:22
**undertaking**
16:14
**uniformity** 6:6
**united** 1:1,14
2:2,5,8,11,13
2:16,19 30:19
**update** 18:12
**usa** 29:6
**usage** 33:16
**use** 7:21,22
12:20 14:11
**used** 8:1,18
32:2
**using** 6:4

**utah** 2:11
**uterine** 10:24
13:23 33:17

**v**

**valerie** 29:10
**valid** 4:16
**valvike** 22:18
23:2
**variety** 11:14
**vast** 22:19
**vastly** 27:9
**venue** 18:5
**versus** 8:7,8
**volume** 11:20
12:3 16:8
**vouch** 15:8

**w**

**waiting** 25:8
31:22
**want** 4:21 8:21
9:14 15:22
17:9 28:7 29:1
31:9
**wanted** 18:12
33:21
**wants** 14:12
**warranted**
13:3 25:13
**watson** 15:5
**ways** 25:17
**welch** 3:8
20:24 21:2,2
23:14,22,25
24:6,12,17
25:7,20 26:9
27:4,22 28:2

**[west - zimmerman]**                                        Page 13

| | z |
|---|---|
| **west**  31:24 | |
| **western**  6:18 | **zimmerman** |
|    11:11,16 12:7 |    2:22 4:4,5,5,7 |
|    18:13,16,22 |    6:12,16,24 |
|    19:2,17,25 |    7:24 8:2,5,24 |
|    30:17 |    9:2,21 10:1,10 |
| **wholly**  21:7 |    10:23 11:6 |
| **wide**  22:11 |    17:11 33:3,4 |
| **wikipedia**  32:3 |    34:24 35:3 |
| **wilkie**  1:9 | |
| **willing**  26:12 | |
|    26:15 | |
| **witnesses**  30:8 | |
|    30:12 34:19 | |
| **women**  6:3 9:4 | |
|    9:14 12:15,25 | |
| **wonderful**  16:4 | |
| **work**  13:9 17:7 | |
|    17:10,13 23:11 | |
|    31:15 | |
| **worked**  17:8 | |
| **working**  18:11 | |
| **worse**  27:2 | |
| **worth**  14:1 | |
| **wrong**  26:8 | |

| y |
|---|
| **years**  4:25 6:5 |
|    25:3 31:22 |
| **yellow**  5:18 |
| **york**  14:8,9,15 |
|    29:9 30:4,8 |
|    31:1,13 32:15 |
|    34:15,16,18,18 |
|    34:20 |
| **young**  8:11 |